IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENVER DUDLEY**                                                                             **PLAINTIFF**

**V.**                                            **3:07CV00198 JMM**

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
**NATIONWIDE INSURANCE COMPANIES, AND**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                **DEFENDANTS**

### ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

Pending is the Defendants' Motion for Partial Summary Judgment. Defendants ask the Court to dismiss Plaintiff's bad faith claims. In his Response, the Plaintiff has no objection to this motion. Therefore, the Court finds that the Defendants' Motion for Partial Summary Judgment (Docket # 8) is GRANTED. Plaintiff's claim of bad faith is dismissed.

IT IS SO ORDERED this 20th day of October 2008.

_____
James M. Moody
United States District Judge