IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENVER DUDLEY                                                                                           PLAINTIFF

V.                                            NO.  3:07cv00198 JMM

NATIONWIDE MUTUAL INSURANCE CO, et al                                          DEFENDANTS

ORDER

Because Plaintiff is working out of state and will be unavailable on November 5, 2008, the settlement conference scheduled for that date is cancelled. The parties are to inform Judge Moody's office as soon as possible whether the case is to remain on the trial docket for December 8, 2008. The parties must contact me immediately if circumstances change and they want to reschedule the settlement conference.

IT IS SO ORDERED this 31st day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE