IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENVER DUDLEY**                                                                                                          **PLAINTIFF**

**V.**                                              **3:07CV00198 JMM**

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
**NATIONWIDE INSURANCE COMPANIES, AND**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                **DEFENDANTS**

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Pending is the Joint Motion to Dismiss With Prejudice. For good cause shown, the Court finds the motion to dismiss (Docket # 19) should be, and hereby is, granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. If applicable, the Court retains complete jurisdiction for forty-five (45) days from the date of this Order to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time. The Clerk is directed to close the case. The jury trial scheduled for May 11, 2009 is cancelled.

IT IS SO ORDERED this 15th day of March 2009.

_____
James M. Moody
United States District Judge